# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: MIDLAND CREDIT MANAGEMENT,
INC., TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION                                          MDL No. 2286

(SEE ATTACHED SCHEDULE)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on January 15, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfers. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-109" filed on January 15, 2016, is LIFTED insofar as it relates to the actions on the attached schedule. The actions are transferred to the Southern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Michael M. Anello.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MIDLAND CREDIT MANAGEMENT,
INC., TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION                                    MDL No. 2286

SCHEDULE CTO-109 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| TEXAS EASTERN | | | |
| TXE | 4 | 16−00002 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00003 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00004 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00005 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00006 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00007 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00008 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00009 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00010 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00012 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00013 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00014 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00015 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00016 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00018 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00020 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00021 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00022 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00023 | Mack v. Midland Credit Management, Inc. |
| TXE | 4 | 16−00024 | Mack v. Midland Credit Management, Inc. |